[No. 9296–1–I. Division One. November 23, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
HUNT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02193–8, George H. Revelle, J., entered

September 5, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by Ringold, A.C.J., and Andersen, J.